THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ISAAC NAMER, Also Known as DAVID GROSSMAN, Appellant.

Submitted October 3, 1955; decided October 5, 1955.

Motion to have appeal heard upon seven copies of the record before the Appellate Division granted.

Motion for enlargement of time granted and case set down for argument during the first week of the November, 1955, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT F. SHAW, Appellant.

Submitted October 3, 1955; decided October 5, 1955.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELESANO TROIANI, Alias LISENO TROIANI, True Name, ELESANO JOHN TROIANI, Appellant.

Submitted October 3, 1955; decided October 5, 1955.

Motion for enlargement of time granted and case set down for argument during the November, 1955, session of the Court of Appeals.

Motion to have appeal heard upon the original record and typewritten briefs denied without prejudice to renewal upon a proper showing and upon due notice to the District Attorney.